**07 C 6527**

**JUDGE MAROVICH
MAGISTRATE JUDGE NOLAN**



EXHIBIT A





**CERTIFICATION OF VITAL RECORD**

# COUNTY OF COOK
## STATE OF ILLINOIS
### OFFICE OF THE COUNTY CLERK

**CERTIFICATION OF MARRIAGE**

LICENSE NUMBER: 9513006-0

GROOM'S NAME: ALPESHKUMAR PATEL
AGE: 26

BRIDE'S NAME: RITABEN PATEL
AGE: 24

DATE OF MARRIAGE: JUNE 12, 1995

WERE UNITED IN MARRIAGE IN THE COUNTY OF COOK, AND STATE OF ILLINOIS IN A CIVIL CEREMONY BY

NAME: KAREN THOMPSON TOBIN
OFFICIATE TITLE: JUDGE

PLACE OF MARRIAGE: ROLLING MEADOWS, ILLINOIS

DATE RECORDED: JUNE 14, 1995
APPLICATION DATE: MAY 12, 1995

00391829

ISSUED AT: DISTRICT 3 COURT BUILDING
ROLLING MEADOWS, ILLINOIS 60008-1566

This is to certify that this is a true and correct abstract from the official record filed with the office of the Cook County Clerk.

*David D. Orr*
DAVID D. ORR
COUNTY CLERK

06/28/1995   12:52

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.

THIS DOCUMENT HAS A COLORED BACKGROUND. ANY ALTERATIONS OR ERASURES VOID THIS CERTIFICATE.

# THE UNITED STATES OF AMERICA

No. 2694O228

**CERTIFICATE OF NATURALIZATION**

*Personal description of holder as of date of naturalization:*

Date of birth: JUNE 26, 1970

Sex: FEMALE

Height: 5 feet 3 inches

Marital status: MARRIED

Country of former nationality: INDIA



*INS Registration No.* A041153883

*Rita Patel*
(Complete and true signature of holder)

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

Be it known that, pursuant to an application filed with the Attorney General

at: **CHICAGO, ILLINOIS**

The Attorney General having found that:

**RITA PATEL**

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

**US DISTRICT COURT NORTHERN DISTRICT IL**

at: **CHICAGO, ILLINOIS**   on: **JANUARY 22, 2002**

that such person is admitted as a citizen of the United States of America.




*Commissioner of Immigration and Naturalization*

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

FORM N-550 REV. 6-91