

## U.S. Citizenship and Immigration Services

**Direct all responses by mail to the office listed below:**
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
101 West Congress Parkway # Citizenship Office
Chicago IL  60605

# 07 C 6527

**JUDGE MAROVICH
MAGISTRATE JUDGE NOLAN**

Alpeshkumar Jayantibhai Patel
c/o Donald B Kempster
332 S Michigan Ave # Ste 860
Chicago IL  60604

**Refer to this file:** LIN*000933723
**Alien Number:** A 055 239 461
**Date:** MAR 1 5 2007

## DECISION

On November 28, 2006, you appeared for an examination of your application for naturalization, which was filed in accordance with Section 319(A) of the Immigration and Nationality Act.

Pursuant to the investigation and examination of your application it is determined that you are ineligible for naturalization for the following reason(s):

### See Attachment(s)

If you desire to request a review hearing on this decision pursuant to Section 336(a) of the Act, **you must file a request for a hearing <u>within 30 Days</u> of the date of this notice.**  If no request for a hearing is filed within the time allowed this decision is final.  A request for hearing may be made to the District Director, with the Immigration and Naturalization office which made the decision, on Form N-336, **Request for Hearing on a Decision in Naturalization Proceedings under Section 336 of the Act, together with a <u>fee of $265</u>.**  A brief or other written statement in support of your request may be submitted with the Request for Hearing.

Sincerely,

*Ruth A. Dorochoff*

Ruth A. Dorochoff
District Director

cc: Alpeshkumar Jayantibhai Patel
10717 E Olde Viriginia Road
Palatine IL  60074

Form N-335

**EXHIBIT**
**C**

Attachment(s) to Form N-335

Applicant: Alpeshkumar Jayantibhai Patel
Application for Naturalization, Form N-400
Alien Number: A055239461
Application ID: LIN*000933723

Your application is hereby denied in accordance with the Title 8 Code of Federal Regulations
Section(s) listed below:


**Reason:**              Lawful Admission for Permanent Residency
**CFR8 Reference:**      §316.2 Eligibility for Naturalization


Section 316.2 States:

(a) General. Except as otherwise provided in this chapter, to be eligible for naturalization, an alien must establish that he or she:

(1) Is at least 18 years of age;

(2) Has been *lawfully* admitted as a permanent resident of the United States;

(3) Has resided continuously within the United States, as defined under Section 316.5, for a period of at least five years after having been lawfully admitted for permanent residence; (Revised 2/3/95; 60 FR 6647)

(4) Has been physically present in the United States for at least 30 months of the five years preceding the date of filing the application;

(5) Immediately preceding the filing of an application, or immediately preceding the examination on the application if the application was filed early pursuant to Section 334(a) of the Act and the three month period falls within the required period of residence under Section 316(a) or 319(a) of the Act, has resided, as defined under Section 316.5, for at least three months in a State or Service district having jurisdiction over the applicant's actual place of residence, and in which the alien seeks to file the application;

(6) Has resided continuously within the United States from the date of application for naturalization up to the time of admission to citizenship;

(7) For all relevant time periods under this paragraph, has been and continues to be a person of good moral character, attached to the principles of the Constitution of the United States, and favorably disposed toward the good order and happiness of the United States; and

(8) Is not a person described in Section 314 of the Act relating to deserters of the United States Armed Forces or those persons who departed from the United States to evade military service in the United States Armed Forces.

Explanation:

USCIS records indicate that you were admitted to the United States on July 25, 2003 on an immigrant visa as the spouse of a lawful permanent resident of the United States, pursuant to §245 of the Immigration and Nationality Act (INA). Section 245 of the INA requires that an individual be "eligible to receive an immigrant visa and be admissible to the United States for permanent residence".

USCIS records further indicate that on August 13, 1992 you were ordered deported in absentia by an Immigration Judge. According to information provided by you, it appears that you self-deported on or around September 28, 1997. Any alien who departed the United States while an order of removal was outstanding and who seeks admission within 10 years of the date of such alien's departure is inadmissible. (See§212(a)(9)(A)(ii) of the INA)

As a result of your inadmissibility, it was required that you submit Form I-212, Application for Permission to Reapply for Admission Into the United States After Deportation or Removal, prior to your being admitted into the United States. While it appears that you did in fact file Form I-212 on October 3, 1997 and subsequently on March 5, 2002; both of these applications were denied. Therefore, having not received permission to reenter the United States you were inadmissible to the United States pursuant to

§212(a)(9)(A)(ii) of the INA and further ineligible to become a citizen of the United States.  It is the decision of USCIS that your Application for Naturalization (Form N-400), filed on July 21, 2006, be denied as a result of you having not been lawfully admitted to the United States. You may accept this decision or you may appeal and request a hearing on a decision in naturalization proceedings pursuant to §336 of the INA.