**07 C 6527**

U.S. Department of Homeland Security
101 W. Congress Parkway, 3rd Floor
Chicago, IL 60605



U.S. Citizenship
and Immigration
Services

**JUDGE MAROVICH**
**MAGISTRATE JUDGE NOLAN**

Alpesh Kumar Jayantibhai Patel
1017 E. Olde Virginia Road
Palatine, IL 60074

Date: September 17, 2007
File Number: A55 239 461

Request for Hearing on a Decision Naturalization Proceedings Under Section 336 of the Immigration and Nationality Act (INA).

On June 7, 2007, you appeared for a hearing regarding the decision to deny your application for naturalization. The application was denied on March 15, 2007 for failure to meet the good moral character requirements for naturalization.

**In accordance with Title 8 Code of Federal Regulations, Section 316.10**

(a) General. Except as otherwise provided in this chapter, to be eligible for naturalization, an alien must establish that he or she:
(1) Is at least 18 years of age;
(2) Has been lawfully admitted as a permanent resident of the United States;
(3) Has resided continuously within the United States, as defined under Sec.316.5, for a period of at least five years after having been lawfully admitted for permanent residence; (Revised 2/3/95; 60 FR 6647)
(4) Has been physically present in the United States for at least 30 months of the five years preceding the date of filing the application;
(5) Immediately preceding the filing of an application, or immediately preceding the examination on the application if the application was filed early pursuant to Section 334(a) of the Act and the three month period falls within the required period of residence under Section 316(a) or 319(a) of the Act, has resided, as defined under Sec.316.5, for at least three months in a State or Service district having jurisdiction over the applicant's actual place of residence, and in which the alien seeks to file the application;
(6) Has resided continuously within the United States from the date of application for naturalization up to the time of admission to citizenship;
(7) For all relevant time periods under this paragraph, has been and continues to be a person of good moral character, attached to the principles of the Constitution of the United States, and favorably disposed toward the good order and happiness of the United States; and
(8) Is not a person described in Section 314 of the Act relating to deserters of the United States Armed Forces or those persons who departed from the United States to evade military service in the United States Armed Forces.
(b) Burden of proof. The applicant shall bear the burden of establishing by a preponderance of the evidence that he or she meets all of the requirements for naturalization, including that the applicant was lawfully admitted as a permanent resident to the United States, in accordance with the immigration laws in effect at the time of the applicant's initial entry or any subsequent reentry. (Revised 9/24/93; 58 FR 49912)



EXHIBIT D

**Explanation:**

You appeared for a hearing before a Hearing Officer of the Citizenship and Immigration Service on June 7, 2007. The hearing was pursuant to an appeal you filed on April 17, 2007, regarding the denial of your application for naturalization under Section 316.2 for failure to be lawfully admitted as a permanent resident of the United States.

During the hearing, it was determined that you were ordered deported in absentia by an Immigration Judge on August 13, 1992. Service records indicate that you self-deported on or around September 28, 1997. Any alien who departed the United States while an order of removal was outstanding and who seeks admission within 10 years of the date of such aliens departure is admissible. (See§ 212(a)(9)(A)(ii) of the INA)

It was required that prior to you being admitted into the United States, you submit and the Service approve form I-212, Application For Permission To Reapply for Admission into the United States. Service records indicate that you filed form I-212 on October 3, 1997 and again on March 5, 2002, both of these applications were denied. Consequently, the denial of your form I-212 renders you eligible to receive an immigrant visa and admission into the United States was not a lawful entry as required by Section 316.2.

Therefore the decision to deny your application for naturalization remains unchanged.

You may file a petition for review in the United States District Court having jurisdiction over your place of residence pursuant to Title 8, Code of Federal Regulations, Part 336.0 within a period of not more than 120 days after the date of this decision.

This decision is made without prejudice to your filling a Form N-400 (Application for Naturalization) anytime hereafter.

Sincerely,

*Robert L. Blackwood*

Robert L. Blackwood
Field Office Director