IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALPESH KUMAR J. PATEL, | |
| Petitioner, | |
| v. | CASE NO. 07 C 6527 |
| RUTH A. DOROCHOFF, Chicago District Director of the Citizenship and Immigration Services; US. CITIZENSHIP AND IMMIGRATION SERVICES; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; and DEPARTMENT OF HOMELAND SECURITY, | Judge Marovich |
| Respondents. | |

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS PETITION FOR REVIEW

Plaintiff ALPESH KUMAR J. PATEL, by and through his attorneys, Kempster, Keller & Lenz-Calvo, Ltd., requests the Court to allow the voluntary dismissal of his Petition for Review for the following reasons:

1. On November 16, 2007, Plaintiff filed a Petition for Review of Application for Naturalization Pursuant to 8 CFR § 336 with this Court, asserting that Defendants denied Plaintiff's Form N-400 Application for Naturalization ("Application") in error.

2. Defendants have reviewed this Petition and the denial of Plaintiff's Application.

3. The issue in this Petition has been resolved and Plaintiff's request for review is now moot.

4. Plaintiff's Counsel discussed this matter with Defendants' Counsel, Daniel Tardiff, Assistant U.S. Attorney, who does not oppose this Motion.

WHEREFORE, Plaintiff requests that the Petition for Review of Plaintiff's Application for Naturalization filed in this matter be voluntarily dismissed without prejudice.

Dated:   February 7, 2008         s/ Robert C. Milla
                                  Robert C. Milla

                                  KEMPSTER, KELLER & LENZ-CALVO, LTD.
                                  332 S. Michigan Avenue, Suite 1428
                                  Chicago, IL 60604
                                  (312) 341-9730
                                  Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Robert Milla, hereby certify that on February 7, 2008, in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), I electronically filed UNOPPOSED MOTION TO VOLUNTARILY DISMISS PETITION FOR REVIEW with the Clerk of the Court using the CM/ECF system which will send notice of such filing to:

USAILN.ECFAUSA@usdoj.gov

Daniel Tardiff
Assistant U.S. Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604
daniel.tardiff@usdoj.gov

_s/ Robert C. Milla_____
Robert C. Milla

KEMPSTER, KELLER & LENZ-CALVO, LTD.
332 S. Michigan Avenue, Suite 1428
Chicago, IL 60604
(312) 341-9730
Attorneys for Plaintiff