**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ALPESH KUMAR J. PATEL,** | |
| **Petitioner,** | |
| **v.** | **CASE NO. 07 C 6527** |
| **RUTH A. DOROCHOFF, Chicago District Director of the Citizenship and Immigration Services; US. CITIZENSHIP AND IMMIGRATION SERVICES; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; and DEPARTMENT OF HOMELAND SECURITY,** | **Judge Marovich** |
| **Respondents.** | |

## NOTICE OF MOTION

TO:    See Attached List

On February 19, 2007 at 10:30 a.m., or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge George M. Marovich, or any judge sitting in his stead, in courtroom number 1944-C in the Dirksen Federal Building located at 219 S. Dearborn St., Chicago, Illinois, and shall then present the attached UNOPPOSED MOTION TO VOLUNTARILY DISMISS PETITION FOR REVIEW.


 s/ Robert C. Milla
Robert C. Milla

KEMPSTER, KELLER & LENZ-CALVO, LTD.
332 S. Michigan Avenue, Suite 1428
Chicago, IL 60604
No. 26650
(312) 341-9730
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Robert Milla, hereby certify that on February 7, 2008, in accordance with Fed. R. Civ.

P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), I electronically filed

UNOPPOSED MOTION TO VOLUNTARILY DISMISS PETITION FOR REVIEW with the

Clerk of the Court using the CM/ECF system which will send notice of such filing to:

USAILN.ECFAUSA@usdoj.gov

Daniel Tardiff
Assistant U.S. Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604
daniel.tardiff@usdoj.gov

_____s/ Robert C. Milla_____
Robert C. Milla

KEMPSTER, KELLER & LENZ-CALVO, LTD.
332 S. Michigan Avenue, Suite 1428
Chicago, IL 60604
(312) 341-9730
Attorneys for Plaintiff