# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George M. Marovich | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6527 | **DATE** | 2/8/2008 |
| **CASE TITLE** | Patel vs. Dorochoff, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing set for 2/19/2007 is stricken. Plaintiff's unopposed motion to voluntarily dismiss petition for review [6] is granted. This case is voluntarily dismissed without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|